IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-815 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| KEES POLDERMAN, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

In this copyright-infringement action, Plaintiff's Motion for the entry of Default Judgment (Doc. 20) will be granted. In support of this ruling, the Court incorporates the legal standards and analyses in Plaintiff's Brief in Support (*see* Doc. 20); as well as the undersigned's analogous rulings in Broadcast Music, Inc. v. Longhorn Corral, Inc., 2016 WL 164607 (W.D. Pa. Jan. 14, 2016). Per the aforementioned standards, a hearing on damages is unnecessary; an award of the statutory-minimum damage amount ($750), per violation, is reasonable; Plaintiff has established that Defendant committed 42 violations, for a total statutory-damages award of $31,500 (*i.e.*, $750 x 42); and Plaintiff has incurred $1,403.00 in recoverable costs. Accordingly, the total award will be $32,903.00, an amount which, under the circumstances, the Court finds to be both measured and appropriate.[1] Finally, Plaintiff has supported its requests for corresponding injunctive relief. *See* Pl.'s Br. at 6-8.

---

[1] Perhaps in recognition that Defendant's statutory-damages liability is sizable, given the number of violations, Plaintiff has not requested another commonly-sought form of available recovery, namely, attorneys' fees.

Consistent with the foregoing, Plaintiff's Motion for Default Judgment (**Doc. 20**) is **GRANTED**, and the Court will enter, contemporaneously herewith, the proposed order submitted with Plaintiff's Motion.

IT IS SO ORDERED.


November 2, 2018               s\Cathy Bissoon
                               Cathy Bissoon
                               United States District Judge

cc (via ECF email notification):

All Counsel of Record